IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA RUMOHR, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COMERICA BANK, COMERICA INC., and COMERICA MANAGEMENT COMPANY, INC.,<br><br>    Defendants.<br>                                   / | No. C 11-01706 WHA<br><br>**NOTICE REGARDING DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION** |

      Defendants have filed a notice of pendency of other action pursuant to Civil Local Rule 3-13. In it, they request an order transferring this and the related *Mathews* case to the Central District of California. They did not file such a notice in the *Mathews* case. The parties shall be on notice that no action will be taken on the notice, and if defendants want to move for a transfer of this and/or the *Mathews* action, they should file a motion (in the applicable case or cases) on the normal 35-day track.

Dated: May 11, 2011.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE